FILED
OCT 02 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　v.<br>BRENDA KARINA SALAZAR HERNANDEZ,<br>　　　　　Defendant. | Case No. 19-MJ-04149-JLB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint against Defendant Brenda Karina Salazar Hernandez in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 10/2/19 .

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE JILL L. BURKHARDT
　　　　　　　　　　　　　　　　United States Magistrate Judge